EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Jorge R. Ocasio Rodríguez | 2022 TSPR 24 <br><br> 208 DPR ___ |

Número del Caso: TS-7,688


Fecha: 10 de marzo de 2022


Abogado del peticionario:

    Lcdo. Virgilio Mainardi Peralta


Materia: Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Jorge R. Ocasio Rodríguez

TS-7,688


RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de marzo de 2022.

Evaluada la *Moción en respetuosa solicitud de reactivación al ejercicio de la abogacía* presentada por el Sr. Jorge R. Ocasio Rodríguez, se provee ha lugar. Se le readmite al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina.


Bettina Zeno González
Secretaria del Tribunal Supremo Interina